76

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

AFFIRMED. *See* Fed. Cir. R. 36.

**William W. BARR, Petitioner,**

v.

**DISTRICT OF COLUMBIA, Respondent.**

**No. 02–3085.**

United States Court of Appeals, Federal Circuit.

Dec. 4, 2002.

Before CLEVENGER, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

**Richard R. CHAPPELL, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

**No. 02–3059.**

United States Court of Appeals, Federal Circuit.

Dec. 4, 2002.

Before RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED: